■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN MCQUADE, Appellant. [609 NYS2d 805] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cohen, J.), rendered April 24, 1991, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]). Additionally, the sentence which was imposed is not excessive in view of the seriousness of the offense *(see, People v Suitte,* 90 AD2d 80).

We have considered the defendant's remaining contentions and find them to be either unpreserved for appellate review or without merit. Sullivan, J. P., Rosenblatt, Copertino and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN MELVIN, Appellant. [609 NYS2d 805] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered February 28, 1991, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.